UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE WARMACK | CIVIL ACTION |
| VERSUS | NO: 10-1938 |
| AMBASSADORS INTERNATIONAL, INC., AMBASSADORS INTERNATIONAL CRUISE GROUP (USA), LLC AND AMBASSADORS CRUISE, GROUP LLC | SECTION: "S" (4) |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Lexington Insurance Company's Motion to Dismiss and/or Abstain, or in the Alternative to Stay Proceedings (Doc. #20), is **GRANTED** as unopposed, and this matter is **STAYED** pending the resolution of the parallel litigation pending in the Civil District Court, Parish of Orleans, State of Louisiana, <u>Dale Warmack v. Direct Workforce, Inc., et al.</u>, No. 08-3782, Division H. This case is closed administratively.

New Orleans, Louisiana, this __16th__ day of May, 2012.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**